UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE SMITH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JIMMY CARLISE, et al.,<br><br>　　　　　　Defendants. | Case No.  1:24-cv-01317-KES-BAM<br><br>**ORDER VACATING JANUARY 10, 2025 HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>(Doc. 4) |

Plaintiff Candace Smith ("Plaintiff"), proceeding pro se, filed this action on October 28, 2024. (Doc. 1.) On October 29, 2024, the Court issued its order granting Plaintiff's application to proceed in forma pauperis. (Doc. 3.) On November 18, 2024, Defendants filed a motion to dismiss, setting a hearing for January 10, 2025 at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe. (Doc. 4.) Plaintiff has not opposed this motion. On November 20, 2024, District Judge Kirk E. Sherriff was assigned to this matter. (Doc. 6.)

Defendants' motion to dismiss (Doc. 4) is taken under submission and the motion hearing set for January 10, 2025, is VACATED.
IT IS SO ORDERED.

Dated:   **January 3, 2025**　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1