UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE SMITH, | No. 1:24-cv-01317-KES-BAM |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE |
| v. | |
| JIMMY CARLISE, et al., | (Doc. 8) |
| Defendants. | |

Plaintiff Candace Smith, proceeding pro se and in forma pauperis, filed this action on October 28, 2024. Doc. 1. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 21, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed based on plaintiff's failure to prosecute. Doc. 8. Specifically, the findings and recommendations found that plaintiff had failed to file a change of address or otherwise update the Court as to her current address as required by Local Rule 183(b). *Id.* at 2. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* at 3. No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and

1

recommendations are supported by the record and proper analysis.

  Accordingly, IT IS HEREBY ORDERED that:

  1. The findings and recommendations issued on January 21, 2025 (Doc. 8), are adopted in full;

  2. This action is dismissed without prejudice;

  3. All pending motions are terminated as moot; and

  4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

 Dated: February 10, 2025

UNITED STATES DISTRICT JUDGE

2